IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY HOLLINGSHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00070-CG-N |
| | ) |
| MOBILE COUNTY PERSONNEL | ) |
| BOARD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objection filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 10, 2012 (Doc. 15), is **ADOPTED** as the opinion of this Court and it is **ORDERED** that the motion to dismiss (Doc. 9) filed by the defendant, James D. Hanson is hereby **GRANTED**.

**DONE and ORDERED** this 1st day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE