IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY HOLLINGSHEAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 12-00070-CG-N ) |
| MOBILE COUNTY PERSONNEL BOARD, et al., | ) ) ) ) |
| Defendant. | ) |

ORDER

Despite the Court's instructions to the plaintiff in its Order dated August 9, 2012 (doc. 38)[1], plaintiff has filed and served two additional discovery requests upon the defendant (docs. 42 and 43) as well as a motion for a subpoena (doc. 45) prior to the Court's adjudication of the pending motion to dismiss (docs. 32-33).  Defendant filed objections to the two discovery requests on October 8, 2012 (doc. 44) and those objections are hereby **SUSTAINED**.  It is **FURTHER ORDERED** that plaintiff's motion for a subpoena is hereby **DENIED** and plaintiff is directed not to serve any further discovery requests on the defendant or seek further discovery by Court order until the Court has issued an opinion on defendant's motion to dismiss.

**DONE** this  15th  day of October, 2012.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff has been advised that defendant's motion to dismiss "is based solely upon issues of law and, therefore, does not implicate or involve any factual issue which might otherwise required discovery."  (Doc. 38)