IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY HOLLINGSHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0070-CG-N |
| | ) | |
| MOBILE COUNTY PERSONNEL BOARD, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 27, 2012, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 21st day of December, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE