IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY HOLLINGSHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0070-CG-N |
| | ) | |
| MOBILE COUNTY PERSONNEL BOARD, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered on this date granting the Board's motion to dismiss and the order entered on June 1, 2012 (doc. 18) granting Defendant James D. Hanson's motion to dismiss, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 21st day of December, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE